## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

                        **Plaintiff,**

                                                 **CaseNo. 00-CR-187**

       **-vs-**

**JAMES E. FARR,**

                        **Defendant.**

---

## ORDER

---

        Pursuant to instructions from the Seventh Circuit Court of Appeals on remand in the above-captioned case, that part of this Court's order dated September 13, 2004, ordering the defendant to pay restitution is **VACATED**.

        Dated at Milwaukee, Wisconsin, this 20th day of September, 2005.

                                   **SO ORDERED,**

                                   **s/ Rudolph T. Randa**
                                   **HON. RUDOLPH T. RANDA**
                                   **Chief Judge**